AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☒ INFORMATION   ☐ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

---- OFFENSE CHARGED ----

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY:
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

**DEFENDANT - U.S**
FRANCISCO JAVIER VELASQUEZ-MORENO, a/k/a Osvaldo Rivera-Garcia

DISTRICT COURT NUMBER

---- PROCEEDING ----

Name of Complaintant Agency, or Person (& Title, if any)
Diplomatic Security Service, Department of State

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO. 3-08-70178 JCS

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   WENDY M. THOMAS

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction   ☐ Federal ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:           Before Judge:

Comments:



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  FRANCISCO JAVIER VELASQUEZ-MORENO, a/k/a Osvaldo Rivera-Garcia,  Defendant. | No.  VIOLATION: Title 18, United States Code, Section 1028(a)(4) – Possession of an Identification Document with the Intent to Defraud the United States (Class A Misdemeanor)  SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

On or about April 12, 2007, in the Northern District of California, the defendant,

**FRANCISCO JAVIER VELASQUEZ-MORENO,**
a/k/a Osvaldo Rivera-Garcia,

knowingly possessed an identification document, that was not issued lawfully for the defendant's use, to wit: a California Identification Card (No. D7360700), bearing the name of

//
//
//

INFORMATION

1  Osvaldo Rivera-Garcia, with the intent that such document be used to defraud the United States,
2  in violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4  DATED: *March 25, 2008*            JOSEPH P. RUSSONIELLO
                                      United States Attorney
5
6
7                                     *Kyle F. Waldinger*
                                      KYLE F. WALDINGER
8                                     Deputy Chief, Major Crimes Section
9
10  (Approved as to form: _____)
                           WENDY THOMAS
11                         Special Assistant United States Attorney

INFORMATION