# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP X 2 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 08-0300-01 MAG |
| vs. ) | |
| Francisco J. Velasquez-Moreno ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _____September 10, 2008_____ be continued until _____September 17, 2008_____ at _____9:30 a.m._____ .

Date: 9/2/08

Edward M. Chen
United States Magistrate Judge

NDC-PSR-009 12/06/04